SHAW VALENZA LLP
D. Gregory Valenza, Bar No. 161250
gvalenza@shawvalenza.com
Amy K. Lee, Bar No. 244542
alee@shawvalenza.com
300 Montgomery Street, Suite 788
San Francisco, California 94104
Telephone:   (415) 983-5960
Facsimile:    (415) 983-5963

Attorneys for Defendants
Anne Stausboll, CEO, and Rob Feckner, President of
the Board of Administration of the California Public
Employees' Retirement System (CalPERS)

\*\* E-filed March 8, 2011 \*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD R. LANE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ANNE STAUSBOLL, CEO, and ROB FECKNER, PRESIDENT of the BOARD OF ADMINISTRATION of the CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM (CalPERS),<br><br>　　　　　Defendants. | Case No. CV 10-5779 HRL<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br>[N.D. Cal. L. R. 7-12; 16-2(e)]<br><br>Magistrate Judge Howard R. Lloyd<br>Courtroom: 2 |

Plaintiff RICHARD R. LANE ("Plaintiff") and Defendants ANNE STAUSBOLL, CEO, and ROB FECKNER, President of the Board of Administration of the California Public Employees' Retirement System (CalPERS) ("Defendants"), by and between their respective attorneys of record, hereby stipulate as follows:

1. The hearing on Defendants' Motion to Dismiss Plaintiff's Complaint is scheduled to be heard on MARCH 8, 2011.

2. This Court's Order Setting Initial Case Management Conference and ADR Deadlines scheduled the Initial Case Management Conference for MARCH 22, 2011 and the deadline to file the Initial Disclosures and Joint Case Management Statement for MARCH 15, 2011.

3. This Court's ruling on the Motion to Dismiss Plaintiff's Complaint may result in the dismissal of this case, thus rendering all scheduled deadlines moot. Even if this Court were to issue an order on the Motion to Dismiss from the bench at the MARCH 8, 2011 hearing, the Parties would have only seven days within which to engage in meaningful meet and confer discussions, and prepare their Initial Disclosures and Joint Case Management Statement.

4. A brief continuance of the Initial Case Management Conference to thirty (30) days after this Court's ruling on Defendants' Motion to Dismiss, is necessary, because Plaintiff and Defendants may have to expend unnecessary time and resources (including public funds by CalPERS), to meet and confer, and prepare their Initial Disclosures and Joint Case Management Statement.

5. A brief continuance of the Initial Case Management Conference to thirty (30) days after this Court's ruling on Defendants' Motion to Dismiss, if such Conference is necessary, will potentially preserve party resources and will result in no prejudice to any party.

6. Pursuant to Local Rules 7-12 and 16-2(e), the parties agree to a continuance of the Initial Case Management Conference to a date at least thirty (30) days after this Court issues its Order on Defendants' Motion to Dismiss Plaintiff's Complaint, or as soon thereafter as compatible with this Court's case management calendar, if this Court does not dismiss the instant action.

1  7.  Pursuant to this Court's Order Setting Initial Case Management Conference and
2  ADR Deadlines, all other deadlines, including Initial Disclosures and Joint Case Management
3  Statement, will be continued accordingly.
4  SO STIPULATED:

Dated: March 3, 2011                        SHAW VALENZA LLP

                                            By: s/D. Gregory Valenza
                                            D. Gregory Valenza
                                            Attorneys for Defendants
                                            Anne Stausboll, CEO, and Rob Feckner,
                                            President of the Board of Administration of
                                            the California Public Employees'
                                            Retirement System (CalPERS)

Dated: March 3, 2011

                                            By: [signature]
                                            Richard R. Lane
                                            Pro Se

SHAW VALENZA LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 3 -

STIPULATION AND [PROPOSED] ORDER
CONTINUING INITIAL CASE MANAGEMENT
CONFERENCE

| | |
|---|---|
| 1 | ORDER |
| 2 | Pursuant to the parties' Stipulation, and GOOD CAUSE APPEARING therefore: |
| 3 | IT IS HEREBY ORDERED that the Initial Case Management Conference in this matter |
| 4 | be and is hereby [CONTINUED to [ April 26 ], 2011, at 1:30 p.m. [a][p.m.] ~~[VACATED and~~ |
| 5 | ~~shall be re-set at least thirty (30) days after this Court's issuance of an Order on Defendants'~~ |
| 6 | ~~Motion to Dismiss Plaintiff's Complaint if such Order does not dispose of this Action]~~, |
| 7 | IT IS FURTHER ORDERED that all deadlines, including those for Initial Disclosures and |
| 8 | Joint Case Management Statement, are continued accordingly. |
| 9 | |
| 10 | DATED: ___March 8___, 2011     _____ |
| 11 | **HOWARD R. LLOYD**<br>**United States Magistrate Judge** |

161334.1.00322.008

SHAW VALENZA LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 4 -

STIPULATION AND ~~[PROPOSED]~~ ORDER
CONTINUING INITIAL CASE MANAGEMENT
CONFERENCE