SHAW VALENZA LLP
D. Gregory Valenza, Bar No. 161250
gvalenza@shawvalenza.com
Amy K. Lee, Bar No. 244542
alee@shawvalenza.com
300 Montgomery Street, Suite 788
San Francisco, California  94104
Telephone:    (415) 983-5960
Facsimile:    (415) 983-5963

Attorneys for Defendants
Anne Stausboll, CEO, and Rob Feckner, President of
the Board of Administration of the California Public
Employees' Retirement System (CalPERS)

\*\* E-filed March 29, 2011 \*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD R. LANE,<br><br>            Plaintiff,<br><br>v.<br><br>ANNE STAUSBOLL, CEO, and ROB FECKNER, PRESIDENT of the BOARD OF ADMINISTRATION of the CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM (CalPERS),<br><br>            Defendants. | Case No.  CV 10-5779 HRL<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE<br>[N.D. Cal. L. R. 7-12; 16-2(e)]<br><br>Magistrate Judge Howard R. Lloyd<br>Courtroom:  2 |

SHAW VALENZA LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER
CONTINUING INITIAL CASE MANAGEMENT
CONFERENCE

1    Plaintiff RICHARD R. LANE ("Plaintiff"), pro se, and Defendants ANNE STAUSBOLL,
2 CEO, and ROB FECKNER, President of the Board of Administration of the California Public
3 Employees' Retirement System (CalPERS) ("Defendants"), through their attorneys of record,
4 hereby stipulate as follows:
5    1.  Defendants' Motion to Dismiss Plaintiff's Complaint was heard on MARCH 8,
6 2011. This Court has not yet issued its ruling.
7    2.  On MARCH 8, 2011, this Court continued the Initial Case Management
8 Conference from MARCH 22, 2011 to APRIL 26, 2011, and ordered that all deadlines, including
9 those for Initial Disclosures and Joint Case Management Statement, be continued accordingly.
10    3.  In accordance with the scheduled APRIL 26, 2011 Initial Case Management
11 Conference date, the parties' last day to engage in meaningful meet and confer is now APRIL 4,
12 2011.
13    4.  The parties request a further continuance of the Initial Case Management
14 Conference and related dates so the Court may have time to rule on Defendants' Motion to
15 Dismiss. If the Court grants Defendants' Motion, the parties naturally will not be required to
16 engage in initial disclosures, preparation of the Joint Case Management Statement, and the other
17 activities necessary for compliance with Rule 26, thereby conserving the parties' and resources,
18 including public funds by CalPERS.
19    5.  A continuance of the Initial Case Management Conference and related dates will
20 result in no prejudice to any party.
21    6.  Pursuant to Local Rules 7-12 and 16-2(e), the parties agree to a forty-five (45) day
22 continuance of the Initial Case Management Conference, or as soon thereafter as compatible with
23 this Court's case management calendar, if this Court does not dismiss the instant action.
24 ///
25 ///
26 ///
27 ///
28 ///

SHAW VALENZA LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -

STIPULATION AND [PROPOSED] ORDER
CONTINUING INITIAL CASE MANAGEMENT
CONFERENCE

7. Pursuant to this Court's Order Setting Initial Case Management Conference and ADR Deadlines, all other deadlines, including Initial Disclosures and Joint Case Management Statement, will be continued accordingly.

SO STIPULATED:

Dated: March 28, 2011         SHAW VALENZA LLP

By: s/D. Gregory Valenza
    D. Gregory Valenza
    Attorneys for Defendants
    Anne Stausboll, CEO, and Rob Feckner,
    President of the Board of Administration of
    the California Public Employees'
    Retirement System (CalPERS)

Dated: March 28, 2011

By: _____
    Richard R. Lane
    Pro Se

///
///
///
///
///
///
///
///

SHAW VALENZA LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 3 -

STIPULATION AND [PROPOSED] ORDER
CONTINUING INITIAL CASE MANAGEMENT
CONFERENCE

1 ORDER

2   Pursuant to the parties' Stipulation, and GOOD CAUSE APPEARING therefore:

3   IT IS HEREBY ORDERED that the Initial Case Management Conference in this matter

4 be and is hereby CONTINUED to _____June 14_____, 2011, at ~~[a]~~1:30 p.m. ~~[p].m.~~];

5   IT IS FURTHER ORDERED that all deadlines, including those for Initial Disclosures and

6 Joint Case Management Statement, are continued accordingly.

7

8 DATED: _____March 29_____, 2011      _____
                                        Howard R. Lloyd
9                                       United States Magistrate Judge

10

...

25 164718.1.00322.008